UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGG L. BARNES, aka GREGGORY L. BARNES, | ) ) ) | Case No. EDCV 08-0589-AG(RC)<br>         EDCV 08-0751-AG(RC) |
| Petitioner, | ) ) | |
| vs. | ) ) | JUDGMENT |
| JAMES A. YATES, Warden,[1] | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: August 31, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), James A. Yates is substituted as respondent.

R&R\08-0589.jud
6/3/10